IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE MARTINEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>JOHN W. SNOW, et al.,<br><br>              Defendants. | CV F 04-6285 AWI SMS<br><br>ORDER VACATING APRIL 25, 2005 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on April 25, 2005. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 25, 2005, is VACATED, and the parties shall not appear at that time. As of April 25, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 15, 2005                                    /s/ Anthony W. Ishii
0m8i78                                                            UNITED STATES DISTRICT JUDGE