UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE M. MARTINEZ, | ) 1:04-cv-6285-SMS |
| Plaintiff, | ) ORDER VACATING HEARING OF |
| v. | ) DEFENDANT'S MOTION TO DISMISS |
| | ) PRESENTLY SET FOR DECEMBER 15, |
| JOHN W. SNOW, et al., | ) 2003, AND DEEMING MOTION |
| | ) SUBMITTED FOR DECISION (DOC. 59) |
| Defendants. | ) |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

On November 9, 2006, Defendant John W. Snow, Secretary of the Treasury ("IRS") filed a motion to dismiss this action and/or for judgment on the pleadings pursuant to Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure. The time for the filing of opposition has passed, and Plaintiff has not filed any opposition or a notice of non-opposition.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Defendant's motion to

1 dismiss or for judgment on the pleadings is a matter that may
2 appropriately be submitted upon the record and briefs, including
3 the notice of motion, memorandum of points and authorities, and
4 declaration and exhibits filed in support thereof.
5      Accordingly, the hearing on the motion, presently set for
6 December 15, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED
7 to the Court for decision.
8 IT IS SO ORDERED.
9 **Dated:   December 6, 2006**                    /s/ Sandra M. Snyder
  icido3                                UNITED STATES MAGISTRATE JUDGE